DANIELLE L. OCHS, State Bar No. 178677
dot@ogletreedeakins.com
BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:   415.442.4870

Attorneys for Plaintiff
Cooper Interconnect, Inc.

HARRY A. OLIVAR, JR. State Bar No. 143089
harryolivar@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street
Los Angeles, CA 90017-2543
Telephone: 213.443.3000
Facsimile:  213.443.3100

Attorneys for Defendants
Glenair, Inc. & Brian Brown

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER INTERCONNECT, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>GLENAIR, INC.; BRIAN BROWN, an individual; and DOES 1-10,<br><br>              Defendants. | Case No. CV14-08018 RGK (JCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION**<br><br>Complaint Filed: October 16, 2014<br>Trial Date: TBD |

# [PROPOSED] ORDER

For good cause shown, the Court hereby enters as an Order of this Court, the **STIPULATED PRELIMINARY INJUNCTION** filed by the Parties on November 20, 2014:

1. Defendants Glenair, Inc. and Brian Brown (and anyone acting on their behalves who receives actual notice of this Stipulation and Proposed Order) are hereby restrained and enjoined as follows:

    a. Brown and Glenair are enjoined from possessing, using or disclosing any Cooper Confidential or Trade Secret Information, in any form, defined below. Under this Stipulation and Proposed Order, Cooper Confidential or Trade Secret Information is defined as confidential Cooper information retained by Mr. Brown after leaving his employment at Cooper. Cooper Confidential or Trade Secret Information does not include information generally known in the industries in which Cooper and Glenair operate. Nor does Cooper Confidential or Trade Secret Information include information that Glenair has developed or develops independently, has obtained or obtains through public information, or is lawfully in its possession pursuant to a non-disclosure agreement. Inadvertent possession will not constitute a violation of this injunction if Defendants comply with Item 1b below.

    b. Should the Defendants discover that they possess Cooper Confidential or Trade Secret Information in any form, and if that information is not lawfully in their possession pursuant to a non-disclosure agreement, they will provide Cooper with reasonably prompt notice of the discovery, will not delete, erase, or otherwise destroy the information they have discovered, and will allow Cooper to inspect and/or obtain return of the information.

    c. Defendant Glenair shall submit to a reasonable independent forensic inspection to ensure that Cooper Confidential or Trade Secret Information,

in any form, is not in its possession, custody or control.  The inspection of Glenair will include Glenair's servers, emails, hard drives, computer(s), mobile devices, PDAs, USB drives and computer equipment utilized by Brown, including any hosted equipment.

         d.     Defendant Brown shall submit to a reasonable independent forensic inspection to ensure that Cooper Confidential or Trade Secret Information, in any form, is not in its possession, custody, or control.  The inspection of Brown will include his personal and work email, and those servers, hard drives, computer(s), mobile devices, PDAs, USB drives and other computer equipment utilized by Brown, including any hosted equipment.

    2.    No security will be required in this matter.

    3.    The December 1, 2014 Preliminary Injunction hearing set in this matter is vacated.

**IT IS SO ORDERED.**

DATED: November 21, 2014_____

                 The Honorable R. Gary Klausner
                 UNITED STATES DISTRICT JUDGE

19551913.1

2    Case No. CV14-08018 RGK (JCx)
**[PROPOSED] ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION**